**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Amalio Davis<br>     Yvonne Davis aka Yvonne Morrison aka<br>     Yvonne Silver<br>                    Debtor(s) | CHAPTER 7<br><br>BKY. NO. 18-10670 amc |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

 Kindly enter my appearance on behalf of Toyota Lease Trust and index same on the master mailing list.

                                              Respectfully submitted,

                                              **/s/ Rebecca A. Solarz, Esquire**
                                              Rebecca A. Solarz, Esquire
                                              Thomas Puleo, Esquire
                                              KML Law Group, P.C.
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106-1532
                                              (215) 627-1322 FAX (215) 627-7734