# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Amalio Davis<br>           Yvonne Davis aka Yvonne Morrison aka Yvonne Silver<br>                     Debtor(s) | CHAPTER 7 |
| Toyota Lease Trust<br>                     Moving Party<br>         vs. | NO. 18-10670 amc |
| Amalio Davis<br>Yvonne Davis aka Yvonne Morrison aka Yvonne Silver<br>                     Debtor(s) | 11 U.S.C. Section 362 |
| Terry P. Dershaw Esq.<br>                     Trustee | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2015 TOYOTA RAV4, VIN: 2T3DFREV2FW287614  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 26th day of March, 2018.

_____
Ashely M. Chan
United States Bankruptcy Judge

cc: See attached service list

Amalio Davis
915 Delview Dr
Folcroft, PA 19032

Yvonne Davis aka Yvonne Morrison aka Yvonne Silver
915 Delview Dr
Folcroft, PA 19032

Georgette Miller, Esq.
335 Evesham Avenue
Lawnside, NJ 08045

Terry P. Dershaw Esq.
P.O. Box 556
Warminster, PA 18974-0556

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532