United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 18-10670-amc
Amalio Davis                                                    Chapter 7
Yvonne Davis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: JEGilmore        Page 1 of 1            Date Rcvd: Mar 27, 2018
                               Form ID: pdf900        Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2018.
db/jdb        +Amalio Davis,   Yvonne Davis,   915 Delview Dr,   Folcroft, PA 19032-1707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Mar 28 2018 01:40:14     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 28 2018 01:39:59
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA 17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 28 2018 01:40:11     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           +E-mail/Text: bnc@atlasacq.com Mar 28 2018 01:39:53    Atlas Acquisitions LLC,   294 Union St.,
              Hackensack, NJ 07601-4303
cr           +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 28 2018 01:42:22
              BMW Financial Services NA, LLC, c/o AIS Portfolio,   4515 N Santa Fe Ave. Dept. APS,
              Oklahoma City, OK 73118-7901
cr           +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2018 01:42:10     Synchrony Bank,
              c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                       TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2018 at the address(es) listed below:
              GEORGETTE MILLER   on behalf of Debtor Amalio  Davis info@georgettemillerlaw.com,
              georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
              rlaw.com;r50524@notify.bestcase.com
              GEORGETTE MILLER   on behalf of Joint Debtor Yvonne  Davis info@georgettemillerlaw.com,
              georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
              rlaw.com;r50524@notify.bestcase.com
              REBECCA ANN SOLARZ   on behalf of Creditor  Toyota Lease Trust bkgroup@kmllawgroup.com
              TERRY P. DERSHAW   td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                       TOTAL: 5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Amalio Davis<br>             Yvonne Davis aka Yvonne Morrison<br>aka Yvonne Silver<br><u>                    Debtor(s)</u> | CHAPTER 7 |
| Toyota Lease Trust<br><u>                    Moving Party</u><br>            vs. | NO. 18-10670 amc |
| Amalio Davis<br>Yvonne Davis aka Yvonne Morrison aka Yvonne Silver<br><u>                    Debtor(s)</u> | 11 U.S.C. Section 362 |
| Terry P. Dershaw Esq.<br><u>                    Trustee</u> | |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this

bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing,

is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d)

and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take

possession and sell, lease, and otherwise dispose of the 2015 TOYOTA RAV4, VIN:

2T3DFREV2FW287614  in a commercially reasonable manner.  The stay provided by

Bankruptcy Rule 4001(a)(3) been waived.

Signed this 26th day of March, 2018.

_____
Ashely M. Chan
United States Bankruptcy Judge

cc: See attached service list

Amalio Davis
915 Delview Dr
Folcroft, PA 19032

Yvonne Davis aka Yvonne Morrison aka Yvonne Silver
915 Delview Dr
Folcroft, PA 19032

Georgette Miller, Esq.
335 Evesham Avenue
Lawnside, NJ 08045

Terry P. Dershaw Esq.
P.O. Box 556
Warminster, PA 18974-0556

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532