United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Amalio Davis
Yvonne Davis
    Debtors

Case No. 18-10670-amc
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 1     Date Rcvd: May 11, 2018
                         Form ID: 195        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2018.
db/jdb     +Amalio Davis,    Yvonne Davis,    915 Delview Dr,    Folcroft, PA 19032-1707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         +E-mail/Text: bnc@atlasacq.com May 12 2018 02:09:00     Atlas Acquisitions LLC,    294 Union St., Hackensack, NJ 07601-4303
cr         +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 12 2018 02:16:16     BMW Financial Services NA, LLC, c/o AIS Portfolio,    4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901
cr         +E-mail/PDF: gecsedi@recoverycorp.com May 12 2018 02:16:15     Synchrony Bank, c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                                                                                                                               TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2018                                                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2018 at the address(es) listed below:
         GEORGETTE MILLER    on behalf of Joint Debtor Yvonne Davis info@georgettemillerlaw.com, georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com;smithcr50524@notify.bestcase.com
         GEORGETTE MILLER    on behalf of Debtor Amalio Davis info@georgettemillerlaw.com, georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com;smithcr50524@notify.bestcase.com
         REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
         TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                                                   TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                          : Chapter 7

Amalio Davis and Yvonne Davis                                   : Case No. 18−10670−amc
      Debtor(s)

### ORDER
_____

    AND NOW, this day , May 11, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

24
Form 195